**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUOC ANH TRAN,<br><br>                                    Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; et al.,<br><br>                                    Respondents. | Case No.:  26cv2773 DMS (VET)<br><br>**ORDER DISMISSING CASE AS MOOT** |

   In light of Respondents' June 4, 2026 Status Report, the Court dismisses this case as moot.

   **IT IS SO ORDERED.**

Dated:  June 11, 2026

_____

Hon. Dana M. Sabraw
United States District Judge

1

26cv2773 DMS (VET)